IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Gonzalez, Amado G | Case Number: 07 B 06142 |
|---|---|---|
| | Gonzalez, Vicki M | Judge: Squires, John H |
| | Printed: 2/5/08 | Filed: 4/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  October 30, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,650.00 | |
| Secured: | | 1,050.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 156.98 |
| Other Funds: | | 1,743.02 |
| Totals: | 4,650.00 | 4,650.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Paul M Bach | Administrative | 1,700.00 | 1,700.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 5. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 6. | Toyota Motor Credit Corporatio | Secured | 5,221.52 | 1,050.00 |
| 7. | Option One Mortgage Corp | Secured | 34,117.72 | 0.00 |
| 8. | Internal Revenue Service | Priority | 23,459.89 | 0.00 |
| 9. | Illinois Dept of Revenue | Priority | 26,351.44 | 0.00 |
| 10. | Chase Bank USA NA | Unsecured | 319.25 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 0.00 | 0.00 |
| 12. | B-Real LLC | Unsecured | 88.27 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 27.35 | 0.00 |
| 14. | Premium Asset Recovery Corp | Unsecured | 0.00 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 218.89 | 0.00 |
| 16. | Illinois Dept of Revenue | Unsecured | 37.54 | 0.00 |
| 17. | Internal Revenue Service | Unsecured | 34.25 | 0.00 |
| 18. | B-Real LLC | Unsecured | 53.27 | 0.00 |
| 19. | Wells Fargo Financial Illinois Inc | Unsecured | 0.00 | 0.00 |
| 20. | Resurgent Capital Services | Unsecured | 0.00 | 0.00 |
| 21. | Regency Center LC | Unsecured | 2,970.90 | 0.00 |
| 22. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 23. | Comcast | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | Fahey Medical Center | Unsecured | | No Claim Filed |


## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gonzalez, Amado G  
Gonzalez, Vicki M  
Printed: 2/5/08

Case Number: 07 B 06142  
Judge: Squires, John H  
Filed: 4/5/07

| 26. | Weiss Memorial Hospital | Unsecured | No Claim Filed |
|---|---|---|---|
| 27. | Tribune Properties | Unsecured | No Claim Filed |
| 28. | Sears Roebuck & Co | Unsecured | No Claim Filed |

$ 94,600.29     $ 2,750.00

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 156.98 |

$ 156.98

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

